UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAW OFFICES OF JOSEPH L. MANSON III,

            Plaintiff,

  -v.-

KEIKO AOKI

           Defendant.
------------------------------------------------------------X

ORDER

19 Civ. 4392 (LTS) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of the Opinion and Order of January 3, 2020 (Docket # 56), staying this case pending arbitration of plaintiff's claims, the motion to disqualify (Docket # 17) is denied without prejudice to renewal before the arbitration panel and/or without prejudice to reinstatement in this Court in the event the stay were to vacated and the case restored to the active calendar of this Court.

      SO ORDERED.

Dated: January 6, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge