UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

LAW OFFICES OF JOSEPH L. MANSON III,

       Plaintiff,

-v-                                         No. 19-CV-4392-LTS-GWG

KEIKO AOKI,

       Defendant.

---------------------------------------------------------x

### Order

The Court has received defendant's motion seeking an order finding plaintiff in civil contempt and entering a preliminary injunction. (Docket Entry No. 65.) Plaintiff shall file its response to defendant's motion no later than **August 11, 2020**. Defendant's reply to plaintiff's opposition, if any, must be filed no later than **August 18, 2020**.

    SO ORDERED.

Dated: New York, New York
       July 28, 2020

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge