# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAW OFFICES OF JOSEPH L. MANSON III<br><br>*Plaintiff,*<br><br>v.<br><br>KEIKO AOKI<br><br>*Defendant.* | No: 1:19-cv-04392 (LTS) (GWG) |

## ORDER

On April 28, 2023, Plaintiff Law Offices of Joseph L. Manson III, by counsel, and Defendant Keiko Ono Aoki, by counsel, filed a Joint Stipulation of Dismissal with Prejudice.

Based on the Parties' Stipulation, IT IS SO ORDERED, that this case, including all pending motions, is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to dismiss this action with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

Dated April 28, 2023

_____
Hon. Laura Taylor Swain
Chief District Court Judge